THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL CARNEVALE, Appellant, *v.* JOSEPH H. BROPHY, as Warden of Auburn Prison, Respondent.

Submitted March 1, 1938; decided March 15, 1938.

*Michael Carnevale,* appellant, in person.

*John J. Bennett, Jr., Attorney-General (Edward T. Boyle* and *Patrick H. Clune* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.